United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SERGEY FIRSOV,
Plaintiff,
v.
SKYTRIPFARE, LLC, et al.,
Defendants.

Case No. 26-cv-07889-AMO

**ORDER RE RECONSIDERATION AND RELIEF FROM JUDGMENT**

Re: Dkt. Nos. 14, 15

On October 2, 2026, the Court dismissed this action without prejudice to re-filing the case in conformance with the pre-filing requirement imposed by Judge Edward M. Chen. Dkt. No. 13. Plaintiff Sergey Firsov has filed two additional motions. This Order resolves both motions in the order they were filed.

## I. MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION

On October 6, 2026, Firsov filed a motion for leave to file a motion for reconsideration pursuant to Civil Local Rule 7-9. Dkt. No. 14. Firsov argues, "Judge made an error and referred on VOID amended pre-filing order in case 25-CV-03691-EMC 'Firsov v. Scandinavian Airlines System Denmark-Norway-Sweeden', as judge Chen granted motion to reconsider and cancelled it." Dkt. No. 14 at 2. The Court construes Firsov's filing to argue that Judge Chen vacated the order declaring Firsov vexatious and requiring pre-filing screening. Not so. Judge Chen initially ordered pre-filing screening for Firsov's lawsuits by order issued June 23, 2026. *See Firsov v. Scandinavian Airlines of North America, Inc.*, N.D. Cal. Case No. 3:25-cv-03691-EMC, Dkt. No. 113. Judge Chen amended the scope of that order by expanding it, not vacating it, by order issued August 21, 2026. *Id.*, Dkt. No. 124. Further, Judge Chen considered Firsov's subsequent request that he reconsider that order and, while granting reconsideration, left the amended pre-filing

screening order in place by order issued on August 31, 2026. *Id.*, Dkt. No. 128 at 3-4. Therefore, Firsov is incorrect that any of Judge Chen's orders have been "cancelled."

Firsov argues further, referring to *Ringgold-Lockhart v. Cnty. of Los Angeles*, 761 F.3d 1057 (9th Cir. 2014), "The Ninth Circuit vacated a district court's pre-filing order, finding it was overbroad and the district court failed to consider less restrictive sanctions." Dkt. No. 14 at 2. The Court construes Firsov's filing to argue that Judge Chen's pre-filing order was overbroad. However, the Ninth Circuit has made clear that "judges who sit in the same court should not attempt to overrule the decisions of each other." *Zeyen v. Bonneville Joint Dist., # 93*, 114 F.4th 1129, 1137 (9th Cir. 2024) (quoting *Castner v. First Nat'l Bank of Anchorage*, 278 F.2d 376, 379 (9th Cir. 1960)). Accordingly, the Court declines to review Judge Chen's orders.

For both of these reasons, the Court DENIES Firsov's motion for leave to seek a motion for reconsideration.

## II. MOTION FOR RELIEF FROM JUDGMENT

On October 13, 2026, Firsov filed a motion for relief from judgment under Federal Rule of Civil Procedure 60(b). Dkt. No. 15. Under Rule 60(b), relief from a judgment or order is available for: (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence; (3) fraud, misrepresentation, or misconduct by the opposing party; (4) voiding of the judgment; (5) satisfaction of the judgment; or (6) "any other reason that justifies relief." *See* Fed. R. Civ. P. 60(b). "Motions for relief from judgment pursuant to Rule 60(b) are addressed to the sound discretion of the district court and will not be reversed absent an abuse of discretion." *Casey v. Albertson's Inc.*, 362 F.3d 1254, 1257 (9th Cir. 2004).

Here, Firsov seeks reconsideration on the basis that he could not have complied with the Judge Chen's amended pre-filing screening order because this case was filed prior to the amendment. *See* Dkt. No. 15. While this argument carries some appeal, the question of whether the amended pre-filing screening order applies to this case necessarily requires the undersigned to review Judge Chen's order because that order expressly includes this case within its scope. *Firsov v. Scandinavian Airlines of North America, Inc.*, N.D. Cal. Case No. 3:25-cv-03691-EMC, Dkt. No. 124 at 1. The Court declines the invitation to review Judge Chen's determination – only the

Court of Appeals holds that privilege. *See Zeyen*, 114 F.4th at 1137. Therefore, the Court DENIES Firsov's motion for relief from judgment.

## III. CONCLUSION

For the foregoing reasons, the Court **DENIES** both Firsov's post-dismissal motions. No further filings will be considered in this closed case.

**IT IS SO ORDERED.**

Dated: October 19, 2026

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**